UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANDRASHEKHAR B THANEDAR, | § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-4188 |
| | § | |
| TIME WARNER COMMUNICATIONS OF HOUSTON, L.L.P., *et al*, | § § § | |
| Defendant. | § § | |

### ORDER

Pending before the Court is Defendants' Second Motion to Dismiss (Instrument No. 67). In it, Defendants describe Plaintiff's persistent pattern of dilatory and contumacious behavior. The Court has found Defendants' allegations accurate and credible. Additionally, Plaintiff has failed to respond to Defendants' motion. This is the second time that Defendants have moved the Court to dismiss this case based on Plaintiff's (1) failure to comply with reasonable discovery requests (Fed. R. Civ. Pro. 37(d)), and (2) failure to prosecute his claim (Fed. R. Civ. Pro. 41(b)). In its last two orders, this Court has warned Plaintiff that failure to follow the Court's instructions will result in his claim being dismissed. See, Instruments No. 64 & 68. These warnings have failed to produce any change in Plaintiff's behavior. Accordingly, Plaintiff's claim is **DISMISSED**.

Signed at Houston, Texas, this 8th day of February, 2006.

Melinda Harmon
United States District Judge